BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. No. S-10-264 WBS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| JOSE LUIS NAVA-RIVERA, | ) | |
| aka Oscar Perez-Ramirez, | ) | |
| aka Alan Zanela-Camilonava, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Timothy Zindel, Assistant Federal Defender, attorney for JOSE LUIS NAVA-RIVERA, that the status conference of September 20, 2010 be vacated, and the matter be set for status conference on September 27, 2010 at 9:00 a.m.

Additional time is needed for the parties to negotiate a possible resolution of this matter.  The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1

IT IS STIPULATED that the period from the signing of the proposed order, up to and including the September 27, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.


Dated:  September 9, 2010            Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     */s/ Michele Beckwith*
                                 By: Michele Beckwith
                                     Assistant U.S. Attorney

Dated: September 9, 2010             DANIEL BRODERICK
                                     Federal Defender

                                     */s/ Timothy Zindel*
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for Defendant



                            **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 20, 2010, be continued to September 27, 2010, at 8:30 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 27, 2010, status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:   September 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3