```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JOSE LUIS NAVA-RIVERA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-264 WBS |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| JOSE LUIS NAVA-RIVERA, ) | Date: September 27, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE LUIS NAVA-RIVERA, that the status conference scheduled for September 27, 2010, may be continued to October 25, 2010, at 8:30 a.m.

    The defense is investigating materials concerning his date of birth and the outcome of the investigation may affect calculation of his sentence in the event of a conviction. To afford additional time to settle these issues, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status

conference on October 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   September 21, 2010          /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for JOSE LUIS NAVA-RIVERA


                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated:   September 21, 2010          /s/ T. Zindel for M. Beckwith
                                     MICHELE BECKWITH
                                     Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 25, 2010, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   September 21, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE