DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE LUIS NAVA-RIVERA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-264 WBS |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| JOSE LUIS NAVA-RIVERA, | ) ) | Date:  October 25, 2010 |
| Defendant. | ) ) ) | Time:  8:30 a.m. Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE LUIS NAVA-RIVERA, that the status conference scheduled for October 25, 2010, may be continued to November 15, 2010, at 8:30 a.m.

The defense continues to investigate Mr. Nava-Rivera's date of birth, although the investigation is nearly concluded. However, defense counsel recently discovered an apparent error in the pre-plea presentence report and will request that it be corrected and a new offer made. To afford additional time to resolve these issues, the parties agree that

time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated:  October 25, 2010          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JOSE LUIS NAVA-RIVERA


                                   BENJAMIN B. WAGNER
                                   United States Attorney


Dated:  October 25, 2010          /s/ T. Zindel for M. Beckwith
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney


                          **O R D E R**

     The status conference is continued to November 15, 2010, at 8:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

     IT IS SO ORDERED.


Dated:  October 21, 2010

                    _William B. Shubb_____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE